**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **ERIC W. MACK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION NO.** |
| v. | ) **2:05cv142-T** |
| | ) **(WO)** |
| **DONALD PARKER, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that plaintiff's objections (Doc. No. 52) are overruled, and his motion for reconsideration (Doc. No. 52) is denied.

DONE, this the 23rd day of May, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**