IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC W. MACK,                    )
                                 )
    Plaintiff,                   )
                                 )  CIVIL ACTION NO.
    v.                           )    2:05cv142-T
                                 )       (WO)
DONALD PARKER, et al.,           )
                                 )
    Defendants.                  )
```

ORDER

After an independent and de novo review of the file, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. Nos. 58 & 59) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 57) is adopted.

(3) Plaintiff's claims challenging the 1994, 1996, and 1998 parole decisions are dismissed with prejudice pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i).

(4) Plaintiff's claim for monetary damages with respect to the decision to deny parole in 2001 is dismissed

with prejudice pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(iii).

(5) Plaintiff's challenge to the October 2001 decision to deny parole and his request for a new parole consideration hearing are referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 18th day of July, 2005.

    /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**