IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-142-WKW |
| | ) [wo] |
| | ) |
| DONALD PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion Requesting Reconsideration (Doc. # 85), it is ORDERED that the motion is DENIED.

DONE this the 25th day of October, 2006.

       /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE