IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-142-WKW |
| | ) | (WO) |
| DONALD PARKER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court are three objections from the plaintiff: Objection to Denial of Continuance (Doc. #111) Objection for Good Cause (Doc. #112), Objections to Order (Doc. #113). On August 24, 2007, the magistrate judge entered a Recommendation (Doc. #106), requiring objections by September 6, 2007. Though plaintiff's objections do not specifically address the Recommendation, the court construes them as objections to the Recommendation as well.

In his Objection to Denial of Continuance, the plaintiff challenges the Magistrate Judge's order (Doc #104) denying his Motion for Continuance (Doc. #102). This court shall set aside the magistrate judge's order if it finds it to be clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Plaintiff seeks a continuance to conduct discovery. This case has been pending for over two years, giving the plaintiff ample time to conduct discovery. Plaintiff claims he is entitled to a continuance because the court failed to comply with Rule 16(b) of the Federal Rules of Civil Procedure by never issuing a scheduling order. However, Rule 16(b) excepts from its provisions "actions exempted by district court rule as inappropriate." Local Rule 16.1(b)(11) exempts pro se civil cases filed under 42 U.S.C. § 1983 from the requirement of a scheduling order under Rule

16(b). The court finds that the Magistrate Judge's Order denying a continuance is neither clearly erroneous nor contrary to law. Therefore, the objection is overruled.

In his Objection for Good Cause (Doc. #112), plaintiff objects to the Magistrate Judge's Order converting the defendants' special reports to motions for summary judgment (Doc #105) and continues his discovery and continuance arguments. Plaintiff has presented no basis for his objection. While plaintiff argues that he sought disclosure of information from counsel for defendants, this does not warrant a continuance of this case or any other action the plaintiff seeks. The court finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. Therefore, the objection is overruled.

In his Objections to Order (Doc. #113), plaintiff objects to the Magistrate Judge's Order, which converted his Request for Production of Documents to a Motion for Production of Documents and denied that motion. The Magistrate Judge found that the documents were either irrelevant to the issues before the court or privileged under state law. Because the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, the plaintiff's objections are overruled.

The magistrate judge filed a Recommendation that the defendants' motions for summary judgment be granted. The plaintiff timely filed objections as noted above.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The plaintiff's Objection to Denial of Continuance  (Doc. # 111) is OVERRULED.

2. The plaintiff's Objection for Good Cause (Doc. #112) is OVERRULED.

3. The plaintiff's Objections to Order (Doc. #113) are OVERRULED

4. The Recommendation (Doc. # 106) of the Magistrate Judge is ADOPTED.

5. The defendants' motions for summary judgment are GRANTED.

6.  This action is dismissed with prejudice.

An appropriate judgment will be entered.

DONE this 19th day of September, 2007.

                                                /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE