IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-142-WKW |
| | ) (WO) |
| DONALD PARKER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's Objection to Order, (Doc. #116), which the court construes as a motion for reconsideration. Plaintiff asks this court to reconsider its earlier order (Doc. #114) adopting the Recommendation of the Magistrate Judge and denying plaintiff's objections to the Recommendation. The court has previously found the plaintiff's objections were without merit (Doc. #114); therefore, the motion is due to be denied.

It is ORDERED that Plaintiff's Objection (Doc. #116), construed as a motion for reconsideration, is DENIED.

DONE this 11th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE