IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-142-WKW |
| | ) (WO) |
| DONALD PARKER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's Objections to Denial of *In Forma Pauperis* Status (Doc. #124), which the court construes as a motion for reconsideration. Plaintiff asks this court to reconsider its earlier order (Doc. #120) denying the plaintiff's motion to proceed on appeal *in forma pauperis* and certifying the appeal as not being taken in good faith. The motion is due to be denied.

It is ORDERED that Plaintiff's Objections (Doc. #124), construed as a motion for reconsideration, is DENIED.

DONE this 13th day of November, 2007.

　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE